UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST | |
| Plaintiff | |
| v. | |
| JOYCE A. BERRY AND STEPHEN V. BERRY | 2:19-cv-00327-JDL |
| Defendants | |
| RBS CITIZENS, NA FKA CHARTER ONE BANK | |
| Party-In-Interest | |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

**Address:  11 Park Street, Lisbon, ME 04250**
**Mortgage:  August 4, 2003, Book: 5562, Page:49**

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust, the Defendants, Joyce A. Berry and Stephen V. Berry and hereby submit this Consent Judgment of Foreclosure and Sale and description reformation. Count III of the complaint which was incorrectly identified in the complaint as Count VI-Equitable Mortgage is hereby **DISMISSED** without prejudiced at the request of Plaintiff.

**JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1.  If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($119,223.68) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, U.S. Bank shall forthwith

discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The

following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $82,479.23 |
| Interest | $15,946.76 |
| Late Charges | $845.68 |
| Escrow Advances | $19,952.01 |
| Grand Total | $119,223.68 |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged
   due and owing ($119,223.68) within 90 days of the judgment, as that time period is
   calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to
   possession of the Lisbon Property shall terminate, U.S. Bank shall conduct a public
   sale of the Lisbon Property in accordance with 14 M.R.S.A. § 6323, disbursing the
   proceeds first to itself in the amount of $119,223.68 after deducting the expenses of
   the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment,
   and in accordance with 14 M.R.S.A. § 6324.  U.S. Bank may not seek a deficiency
   judgment against the Defendants pursuant to the Defendant's discharge in bankruptcy.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the
   appeal period has expired, certifying that the applicable period has expired without
   action or that the final judgment has been entered following appeal.

4. The amount due and owing is $119,223.68.

5. The priority of interests is as follows:

   ● U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust has first
   priority, in the amount of $119,223.68, pursuant to the subject Note and
   Mortgage.

   ● RBS Citizens Bank FKA Charter One Bank who has been defaulted.

● Joyce A. Berry and Stephen V. Berry, who have been defaulted.

6. Entry of the Judgment also reforms the property description as found in the subject Mortgage to reflect the correct property description as attached hereto, as Exhibits A and B.

7. The prejudgment interest rate is 4.62500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANT |  |  |
|  | Joyce A. Berry 34 Ridgeway Avenue Sanford, ME 04073 | Defaulted |
|  | Stephen V. Berry 124 Main Street Whitefield, ME 04353 | Defaulted |
| PARTIES-IN-INTEREST |  |  |
|  | RBS Citizens Bank NA FKA Charter One Bank c/o Corporation Service Company, 45 Memorial Circle Augusta, ME 04330 | Defaulted |

a) The docket number of this case is No. 2:19-cv-00327-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 11 Park Street, Lisbon, ME 04250, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 11 Park Street, Lisbon, ME 04250. The Mortgage was executed by the Defendants on August 4, 2003. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 5562, Page 49.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 11 Park Street, Lisbon, ME 04250.

Dated: March 31, 2020

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Dated:  March 28, 2020                    /s/ Joyce A. Berry
                                          Joyce A. Berry
                                          34 Ridgeway Avenue
                                          Sanford, ME 04073


Dated: March 28, 2020                     /s/ Stephen V. Berry
                                          Stephen V. Berry
                                          124 Main Street
                                          Whitefield, ME 04353



**SO ORDERED.**

Dated:  May 1, 2020


                                          /s/ Jon D. Levy
                                          **CHIEF U.S. DISTRICT JUDGE**